DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**XAVIER WASHINGTON,**
Appellant,

v.

**AIDA WASHINGTON,**
Appellee.

Nos. 4D20-811 and 21-2317

[June 9, 2022]

Consolidated appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. FMCE17014278.

John Elias of the Law Office of John Elias, Pembroke Pines, for appellant.

Shannon McLin and Kelly Lina Rooth of Florida Appeals, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***